IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

AMY CARROLL, RALPH FORD, and
ROY S. ADDIS IV on their own behalf
and on behalf of all other persons similarly
situated,

        Plaintiffs,

v.                                                            Case No. 17-cv-1309-LA

WORLD MARKETING HOLDINGS, LLC,
and BLUE STREAK HOLDINGS, INC.,

        Defendants.

## CONSENT JUDGMENT
___

Upon consideration of the Stipulation to Judgment filed by the Parties in the above matter, **IT IS HEREBY ORDERED THAT**:

1.      In full and final resolution of this matter, judgment is hereby entered in favor of Amy Carroll, Ralph Ford and Roy S. Addis IV, ("Plaintiffs") and the Class they represent, and Class Counsel, against World Marketing Holdings, LLC ("Holdings") and Blue Streak Holdings, Inc. ("Blue Streak" and together with Holdings, "Defendants"), jointly and severally, in the total amount of **THREE MILLION NINE HUNDRED EIGHTEEN THOUSAND TWO HUNDRED NINETY-NINE DOLLARS AND EIGHTY-THREE CENTS ($3,918,299.83)**, payable as shown on Exhibit 1, hereto.

2. This Judgment is only enforceable against Defendants, jointly and severally, and no other person or entity, including the officers and directors of Defendants against whom potential claims under the WARN Act (29 U.S.C. §§ 2101 *et seq.*) and Wisconsin's Business Closing Law (Wis. Stat. § 109.07) have been waived.

**ORDERED**, this 20th day of April, 2020.

                                                    s/Lynn Adelman
                                                  UNITED STATES DISTRICT COURT JUDGE

| | Last Name | First Name | Liquidated WARN Claim | Consent Judgment Before D&O Payment | Consent Judgment Wages | Consent Judgment Net of Class Counsel's Fees of One-Third Which Were Previously Approved by the Bankruptcy Court |
|---|---|---|---|---|---|---|
| 1 | Aceves | Isaura | 4,849.92 | 4,567.91 | 4,524.79 | 3,016.53 |
| 2 | Acken | Coleen L | 21,600.00 | 20,344.00 | 20,151.97 | 13,434.65 |
| 3 | Adams | Henry | 6,209.28 | 5,848.22 | 5,793.02 | 3,862.01 |
| 4 | Addis | Teresa | 19,966.18 | 18,805.18 | 18,627.68 | 12,418.45 |
| 5 | Addis IV | Roy | 42,125.98 | 39,676.43 | 39,301.92 | 26,201.28 |
| 6 | Aguilar | Rosa V | 5,339.52 | 5,029.04 | 4,981.57 | 3,321.05 |
| 7 | Aldana | Maria E | 6,929.28 | 6,526.36 | 6,464.75 | 4,309.84 |
| 8 | Alejandre Martinez | Claudia | 6,336.00 | 5,967.57 | 5,911.25 | 3,940.83 |
| 9 | Alvarez | Estela | 5,472.00 | 5,153.81 | 5,105.17 | 3,403.44 |
| 10 | Alvarez | Maritza | 5,760.00 | 5,425.07 | 5,373.86 | 3,582.57 |
| 11 | Amos | Victor A | 10,005.12 | 9,423.34 | 9,334.39 | 6,222.93 |
| 12 | Andres | Nicasio | 6,462.72 | 6,086.92 | 6,029.47 | 4,019.65 |
| 13 | Angelito Garcia | Yanet | 4,752.00 | 4,475.68 | 4,433.43 | 2,955.62 |
| 14 | Anthony III | Horace J | 6,462.72 | 6,086.92 | 6,029.47 | 4,019.65 |
| 15 | Antonino | Javier | 6,912.00 | 6,510.08 | 6,448.63 | 4,299.09 |
| 16 | Arellano | Maribel | 6,462.72 | 6,086.92 | 6,029.47 | 4,019.65 |
| 17 | Argueta | Sinia Y | 4,849.92 | 4,567.91 | 4,524.79 | 3,016.53 |
| 18 | Arneson | Kelly M | 11,630.74 | 10,954.43 | 10,851.03 | 7,234.02 |
| 19 | Arrington | Aaron J | 6,336.00 | 5,967.57 | 5,911.25 | 3,940.83 |
| 20 | Arroyo | Araceli | 5,581.44 | 5,256.89 | 5,207.27 | 3,471.51 |
| 21 | Arroyo | Fernando | 13,219.20 | 12,450.53 | 12,333.01 | 8,222.00 |
| 22 | Arroyo | Jessica | 6,825.60 | 6,428.70 | 6,368.02 | 4,245.35 |
| 23 | Aubrey | Sharon Y | 6,756.48 | 6,363.60 | 6,303.54 | 4,202.36 |
| 24 | Avila | Juan P | 9,757.44 | 9,190.06 | 9,103.32 | 6,068.88 |
| 25 | Avila | Teresa | 4,993.92 | 4,703.53 | 4,659.14 | 3,106.09 |
| 26 | Ayala | Ana | 5,621.76 | 5,294.87 | 5,244.89 | 3,496.59 |
| 27 | Bach | Dorothy | 21,547.58 | 20,294.63 | 20,103.07 | 13,402.05 |
| 28 | Balderas | Maria D | 6,163.20 | 5,804.82 | 5,750.03 | 3,833.35 |
| 29 | Balli | Margaret | 6,704.64 | 6,314.78 | 6,255.17 | 4,170.11 |
| 30 | Bartlett | Richard | 6,336.00 | 5,967.57 | 5,911.25 | 3,940.83 |
| 31 | Beavers | Pamela | 9,141.12 | 8,609.58 | 8,528.31 | 5,685.54 |
| 32 | Beja | Todd | 16,615.44 | 15,649.28 | 15,501.57 | 10,334.38 |
| 33 | Benitez | Leandro | 7,050.24 | 6,640.28 | 6,577.60 | 4,385.07 |
| 34 | Bentham | Roderick G | 17,654.40 | 16,627.83 | 16,470.88 | 10,980.59 |
| 35 | Bern | Jeffrey S | 10,944.00 | 10,307.63 | 10,210.33 | 6,806.89 |
| 36 | Berra | Joyce | 36,753.26 | 34,616.13 | 34,289.39 | 22,859.59 |
| 37 | Blackmon | Charles J | 10,368.00 | 9,765.12 | 9,672.95 | 6,448.63 |
| 38 | Bowers | Judith | 12,589.63 | 11,857.57 | 11,745.64 | 7,830.43 |
| 39 | Brendel | Rebecca | 8,657.28 | 8,153.88 | 8,076.91 | 5,384.61 |
| 40 | Briggs | Darnielle | 5,472.00 | 5,153.81 | 5,105.17 | 3,403.44 |
| 41 | Briseno | Olivia | 4,786.56 | 4,508.23 | 4,465.68 | 2,977.12 |
| 42 | Brown | Carita L | 10,206.86 | 9,613.35 | 9,522.61 | 6,348.41 |
| 43 | Brown | James P | 11,088.00 | 10,443.25 | 10,344.68 | 6,896.45 |
| 44 | Bryan | Kevin | 16,615.37 | 15,649.22 | 15,501.50 | 10,334.33 |
| 45 | Buchanan | Charles M | 60,016.10 | 56,526.28 | 55,992.72 | 37,328.48 |
| 46 | Bucio Gonzalez | Yefri | 5,800.32 | 5,463.04 | 5,411.48 | 3,607.65 |
| 47 | Bui | Loan | 6,318.72 | 5,951.30 | 5,895.12 | 3,930.08 |
| 48 | Cabello | Tina L | 12,665.16 | 11,928.70 | 11,816.11 | 7,877.41 |
| 49 | Cadena | Silvia M | 6,076.80 | 5,723.45 | 5,669.42 | 3,779.61 |
| 50 | Cahill | Richard W | 32,122.66 | 30,254.78 | 29,969.21 | 19,979.47 |
| 51 | Cam | Dai | 6,376.32 | 6,005.55 | 5,948.86 | 3,965.91 |
| 52 | Camp | William D | 18,654.62 | 17,569.89 | 17,404.05 | 11,602.70 |
| 53 | Campos | Renata | 5,287.68 | 4,980.21 | 4,933.20 | 3,288.80 |
| 54 | Capes | Larry | 12,922.85 | 12,171.41 | 12,056.52 | 8,037.68 |
| 55 | Carr | David W | 10,972.80 | 10,334.75 | 10,237.20 | 6,824.80 |

| | Last Name | First Name | Liquidated WARN Claim | Consent Judgment Before D&O Payment | Consent Judgment Wages | Consent Judgment Net of Class Counsel's Fees of One-Third Which Were Previously Approved by the Bankruptcy Court |
|---|---|---|---|---|---|---|
| 56 | Carroll | Amy | 23,206.18 | 21,856.78 | 21,650.47 | 14,433.65 |
| 57 | Carroll | Phillip D | 10,465.92 | 9,857.35 | 9,764.30 | 6,509.53 |
| 58 | Casassola | Maria D | 13,577.69 | 12,788.17 | 12,667.46 | 8,444.98 |
| 59 | Castro | Adoracion G | 7,061.76 | 6,651.13 | 6,588.35 | 4,392.23 |
| 60 | Castro | Luz E | 5,564.16 | 5,240.61 | 5,191.15 | 3,460.77 |
| 61 | Cates | Luther | 20,933.21 | 19,715.98 | 19,529.88 | 13,019.92 |
| 62 | Cazares | Maria G | 5,748.48 | 5,414.22 | 5,363.11 | 3,575.41 |
| 63 | Chapoy Jr | Gilbert L | 7,119.36 | 6,705.38 | 6,642.09 | 4,428.06 |
| 64 | Chavez | Adriana | 4,752.00 | 4,475.68 | 4,433.43 | 2,955.62 |
| 65 | Chavez | Jose P | 7,050.24 | 6,640.28 | 6,577.60 | 4,385.07 |
| 66 | Chavez | Nora L | 6,497.28 | 6,119.48 | 6,061.71 | 4,041.14 |
| 67 | Cheatom | Angela | 9,251.35 | 8,713.40 | 8,631.16 | 5,754.10 |
| 68 | Choquette | Gail A | 21,816.36 | 20,547.78 | 20,353.83 | 13,569.22 |
| 69 | Chung | Danny | 6,658.56 | 6,271.38 | 6,212.18 | 4,141.45 |
| 70 | Cisneros | Agustin M | 9,947.52 | 9,369.09 | 9,280.65 | 6,187.10 |
| 71 | Cisneros | Isolina D | 5,938.56 | 5,593.24 | 5,540.45 | 3,693.63 |
| 72 | Cistola | Yvonne | 12,741.12 | 12,000.25 | 11,886.98 | 7,924.65 |
| 73 | Clayton | Rosemary | 12,470.98 | 11,745.81 | 11,634.94 | 7,756.63 |
| 74 | Colkitt | James | 17,170.06 | 16,171.65 | 16,019.00 | 10,679.34 |
| 75 | Colson | Andre | 13,645.44 | 12,851.98 | 12,730.67 | 8,487.12 |
| 76 | Conejo | Angelina | 5,045.76 | 4,752.36 | 4,707.50 | 3,138.33 |
| 77 | Contreras | Maria L | 6,595.20 | 6,211.70 | 6,153.07 | 4,102.05 |
| 78 | Contreras | Virginia | 6,520.32 | 6,141.18 | 6,083.21 | 4,055.47 |
| 79 | Cordova | Prisciliano | 7,096.32 | 6,683.68 | 6,620.59 | 4,413.73 |
| 80 | Cron | Ludivina | 7,931.52 | 7,470.32 | 7,399.80 | 4,933.20 |
| 81 | Cruz | Maria D | 5,339.52 | 5,029.04 | 4,981.57 | 3,321.05 |
| 82 | Cruz | Maribel | 5,184.00 | 4,882.56 | 4,836.47 | 3,224.32 |
| 83 | Cruz | Melinda | 6,186.24 | 5,826.52 | 5,771.52 | 3,847.68 |
| 84 | Cruz Gutierrez | Juana B | 5,339.52 | 5,029.04 | 4,981.57 | 3,321.05 |
| 85 | Curry | Anthony Q | 5,760.00 | 5,425.07 | 5,373.86 | 3,582.57 |
| 86 | Dalfonso | Richard J | 22,399.20 | 21,096.73 | 20,897.60 | 13,931.73 |
| 87 | Dang | Thanh | 6,768.00 | 6,374.45 | 6,314.28 | 4,209.52 |
| 88 | Davalos | Ruby | 6,912.00 | 6,510.08 | 6,448.63 | 4,299.09 |
| 89 | Davidson | Debbie | 9,629.86 | 9,069.90 | 8,984.29 | 5,989.52 |
| 90 | De La Rosa | Mario | 8,352.00 | 7,866.35 | 7,792.10 | 5,194.73 |
| 91 | Deleon | Ana L | 5,328.00 | 5,018.19 | 4,970.82 | 3,313.88 |
| 92 | Diaz | Maria M | 4,838.40 | 4,557.06 | 4,514.04 | 3,009.36 |
| 93 | Diaz Filomeno | Carlos J | 6,048.00 | 5,696.32 | 5,642.55 | 3,761.70 |
| 94 | Diaz-Aviles | Nataly | 5,328.00 | 5,018.19 | 4,970.82 | 3,313.88 |
| 95 | Do | Bao | 7,228.80 | 6,808.46 | 6,744.19 | 4,496.13 |
| 96 | Do | Khanh | 5,091.84 | 4,795.76 | 4,750.49 | 3,166.99 |
| 97 | Don Juan | Jose | 6,163.20 | 5,804.82 | 5,750.03 | 3,833.35 |
| 98 | Dorre | Robert | 22,032.00 | 20,750.88 | 20,555.01 | 13,703.34 |
| 99 | Dorre | Roger P | 16,337.52 | 15,387.52 | 15,242.28 | 10,161.52 |
| 100 | Duran | Jillian R | 14,400.00 | 13,562.67 | 13,434.65 | 8,956.43 |
| 101 | Duran | Maria | 5,823.36 | 5,484.74 | 5,432.97 | 3,621.98 |
| 102 | Duran | Pedro M | 12,337.92 | 11,620.49 | 11,510.81 | 7,673.87 |
| 103 | Elder | Lelia | 7,263.36 | 6,841.01 | 6,776.44 | 4,517.62 |
| 104 | Emrich | Connie L | 8,640.00 | 8,137.60 | 8,060.79 | 5,373.86 |
| 105 | Enriquez | Lisa M | 10,874.81 | 10,242.46 | 10,145.78 | 6,763.85 |
| 106 | Escareno | Artemio | 11,018.88 | 10,378.15 | 10,280.19 | 6,853.46 |
| 107 | Espada | Roberto | 7,488.00 | 7,052.59 | 6,986.02 | 4,657.34 |
| 108 | Eurioles- Cruz | Jose | 9,792.00 | 9,222.61 | 9,135.56 | 6,090.37 |
| 109 | Facio Vega | Francisco | 9,601.92 | 9,043.59 | 8,958.22 | 5,972.15 |
| 110 | Ferguson | Marilyn E | 16,371.58 | 15,419.60 | 15,274.05 | 10,182.70 |

| | Last Name | First Name | Liquidated WARN Claim | Consent Judgment Before D&O Payment | Consent Judgment Wages | Consent Judgment Net of Class Counsel's Fees of One-Third Which Were Previously Approved by the Bankruptcy Court |
|---|---|---|---|---|---|---|
| 111 | Fernandez | Milton | 14,803.42 | 13,942.62 | 13,811.02 | 9,207.35 |
| 112 | Ferry | Ryan | 10,933.78 | 10,298.00 | 10,200.79 | 6,800.53 |
| 113 | Few | Alexandria | 5,875.20 | 5,533.57 | 5,481.34 | 3,654.22 |
| 114 | Fischer | Susan | 26,225.28 | 24,700.33 | 24,467.18 | 16,311.45 |
| 115 | Flores | Enrique | 7,424.64 | 6,992.91 | 6,926.90 | 4,617.94 |
| 116 | Ford | Ralph L | 23,261.54 | 21,908.93 | 21,702.13 | 14,468.09 |
| 117 | Frazier | Hatasha L | 5,760.00 | 5,425.07 | 5,373.86 | 3,582.57 |
| 118 | Frederick | Teresa Marie | 37,384.63 | 35,210.78 | 34,878.43 | 23,252.29 |
| 119 | Frias | Ruth | 5,437.44 | 5,121.26 | 5,072.92 | 3,381.95 |
| 120 | Friend | Lucas | 19,853.06 | 18,698.64 | 18,522.15 | 12,348.10 |
| 121 | Fruittrell | Marlon | 13,501.44 | 12,716.36 | 12,596.33 | 8,397.55 |
| 122 | Fryer | Thaddeus M | 11,907.65 | 11,215.24 | 11,109.38 | 7,406.25 |
| 123 | Galvez | Antonia R | 5,495.04 | 5,175.51 | 5,126.66 | 3,417.77 |
| 124 | Gamez | Elsa | 11,907.72 | 11,215.31 | 11,109.45 | 7,406.30 |
| 125 | Gamez Jr | Maximino | 6,480.00 | 6,103.20 | 6,045.59 | 4,030.39 |
| 126 | Gaona | Pastor | 7,701.12 | 7,253.31 | 7,184.85 | 4,789.90 |
| 127 | Gaponova | Maryna A | 21,072.74 | 19,847.40 | 19,660.06 | 13,106.71 |
| 128 | Garcia | Belem | 6,462.72 | 6,086.92 | 6,029.47 | 4,019.65 |
| 129 | Garcia | Juan M | 10,368.00 | 9,765.12 | 9,672.95 | 6,448.63 |
| 130 | Gladson | David | 7,643.52 | 7,199.06 | 7,131.11 | 4,754.07 |
| 131 | Gomez Martinez | Marithzel M | 5,328.00 | 5,018.19 | 4,970.82 | 3,313.88 |
| 132 | Goodwin | Jamey A | 19,611.14 | 18,470.79 | 18,296.45 | 12,197.63 |
| 133 | Gordiano | Adriana | 6,140.16 | 5,783.12 | 5,728.53 | 3,819.02 |
| 134 | Graham | Jessica | 9,216.00 | 8,680.11 | 8,598.17 | 5,732.12 |
| 135 | Granados | Carmela E | 6,462.72 | 6,086.92 | 6,029.47 | 4,019.65 |
| 136 | Grandy | Jasminus | 6,652.80 | 6,265.95 | 6,206.81 | 4,137.87 |
| 137 | Grant | Rose M | 14,334.26 | 13,500.75 | 13,373.32 | 8,915.55 |
| 138 | Graves | Barbara | 53,853.84 | 50,722.34 | 50,243.57 | 33,495.71 |
| 139 | Greene | Johnny | 12,306.31 | 11,590.72 | 11,481.32 | 7,654.21 |
| 140 | Grimaldo | Brenda M | 5,328.00 | 5,018.19 | 4,970.82 | 3,313.88 |
| 141 | Guerrero | Jesus | 14,100.48 | 13,280.56 | 13,155.21 | 8,770.14 |
| 142 | Guest | Terry | 6,336.00 | 5,967.57 | 5,911.25 | 3,940.83 |
| 143 | Gutierrez | Jose G | 6,336.00 | 5,967.57 | 5,911.25 | 3,940.83 |
| 144 | Hargrove | Wanda C | 9,221.76 | 8,685.53 | 8,603.55 | 5,735.70 |
| 145 | Harris | Gezzelle | 28,396.80 | 26,745.58 | 26,493.13 | 17,662.08 |
| 146 | Harris | Kenneth E | 11,905.92 | 11,213.61 | 11,107.77 | 7,405.18 |
| 147 | Harris | Michael | 6,336.00 | 5,967.57 | 5,911.25 | 3,940.83 |
| 148 | Harrison | Derrick | 7,050.24 | 6,640.28 | 6,577.60 | 4,385.07 |
| 149 | Hasty | George | 13,461.12 | 12,678.38 | 12,558.71 | 8,372.47 |
| 150 | Haynes | Dottie R | 14,597.71 | 13,748.88 | 13,619.11 | 9,079.40 |
| 151 | Hendricks | Karen L | 10,744.13 | 10,119.38 | 10,023.86 | 6,682.57 |
| 152 | Hendricks | Richard M | 13,846.18 | 13,041.05 | 12,917.95 | 8,611.97 |
| 153 | Hernandez | Alfonso | 6,399.36 | 6,027.25 | 5,970.36 | 3,980.24 |
| 154 | Hernandez | Maria T | 5,875.20 | 5,533.57 | 5,481.34 | 3,654.22 |
| 155 | Hernandez | Rubiela | 6,704.64 | 6,314.78 | 6,255.17 | 4,170.11 |
| 156 | Hernandez | Samuel | 10,684.80 | 10,063.50 | 9,968.51 | 6,645.67 |
| 157 | Hernandez Jr | Roberto | 6,912.00 | 6,510.08 | 6,448.63 | 4,299.09 |
| 158 | Hernandez Ramirez | Eduarda | 6,462.72 | 6,086.92 | 6,029.47 | 4,019.65 |
| 159 | Herrera | Francisca M | 4,993.92 | 4,703.53 | 4,659.14 | 3,106.09 |
| 160 | Hickey | Kurt | 36,518.40 | 34,394.92 | 34,070.27 | 22,713.51 |
| 161 | Ho | Phi | 4,993.92 | 4,703.53 | 4,659.14 | 3,106.09 |
| 162 | Howey | Micah W | 19,661.54 | 18,518.26 | 18,343.47 | 12,228.98 |
| 163 | Huerta | Margarita | 5,829.12 | 5,490.17 | 5,438.35 | 3,625.56 |
| 164 | Huynh | Thach Ngoc | 6,048.00 | 5,696.32 | 5,642.55 | 3,761.70 |
| 165 | Ibarra | Sanjuana | 5,840.64 | 5,501.02 | 5,449.09 | 3,632.73 |

| | Last Name | First Name | Liquidated WARN Claim | Consent Judgment Before D&O Payment | Consent Judgment Wages | Consent Judgment Net of Class Counsel's Fees of One-Third Which Were Previously Approved by the Bankruptcy Court |
|---|---|---|---|---|---|---|
| 166 | Ibarra Salazar | Juan M | 12,487.68 | 11,761.54 | 11,650.53 | 7,767.02 |
| 167 | Ishibashi | Mendy C | 24,161.40 | 22,756.46 | 22,541.66 | 15,027.77 |
| 168 | Ivey II | John | 18,000.00 | 16,953.33 | 16,793.31 | 11,195.54 |
| 169 | Izquierdo | Andres | 5,184.00 | 4,882.56 | 4,836.47 | 3,224.32 |
| 170 | Jasso | Miguel A | 7,614.72 | 7,171.94 | 7,104.24 | 4,736.16 |
| 171 | Jeffcoat | James Tyrone | 48,461.54 | 45,643.59 | 45,212.76 | 30,141.84 |
| 172 | Johnson | Brian | 6,399.36 | 6,027.25 | 5,970.36 | 3,980.24 |
| 173 | Johnson | Donna | 14,400.00 | 13,562.67 | 13,434.65 | 8,956.43 |
| 174 | Johnson | Dustin A | 22,430.81 | 21,126.50 | 20,927.08 | 13,951.39 |
| 175 | Johnson | Glenda P | 5,904.00 | 5,560.69 | 5,508.21 | 3,672.14 |
| 176 | Jones | Stephanie | 15,507.65 | 14,605.91 | 14,468.04 | 9,645.36 |
| 177 | Juarez Ramirez | Maria G | 5,040.00 | 4,746.93 | 4,702.13 | 3,134.75 |
| 178 | Kelly | Amia | 9,375.34 | 8,830.18 | 8,746.83 | 5,831.22 |
| 179 | King | Robert R | 30,461.54 | 28,690.26 | 28,419.45 | 18,946.30 |
| 180 | King | Robin S | 9,697.90 | 9,133.98 | 9,047.77 | 6,031.84 |
| 181 | Koch | Favi | 11,750.40 | 11,067.14 | 10,962.67 | 7,308.45 |
| 182 | Koeller | Daniel E | 20,769.19 | 19,561.50 | 19,376.86 | 12,917.91 |
| 183 | Kramer | John C | 29,321.86 | 27,616.84 | 27,356.17 | 18,237.45 |
| 184 | Landa-Puente | Sandra | 13,017.60 | 12,260.65 | 12,144.92 | 8,096.61 |
| 185 | Landis | Stacy | 14,676.98 | 13,823.54 | 13,693.06 | 9,128.71 |
| 186 | Lara | Judith | 4,849.92 | 4,567.91 | 4,524.79 | 3,016.53 |
| 187 | Le | Ngoc | 9,550.08 | 8,994.76 | 8,909.86 | 5,939.91 |
| 188 | Le | Tam Binh | 6,048.00 | 5,696.32 | 5,642.55 | 3,761.70 |
| 189 | Le | Thanh | 6,048.00 | 5,696.32 | 5,642.55 | 3,761.70 |
| 190 | Le | Xieu | 5,765.76 | 5,430.49 | 5,379.23 | 3,586.16 |
| 191 | Ledlum | Edward | 10,869.12 | 10,237.10 | 10,140.47 | 6,760.31 |
| 192 | Lee | Joey | 6,168.96 | 5,810.25 | 5,755.40 | 3,836.94 |
| 193 | Letts III | Fred L | 13,846.18 | 13,041.05 | 12,917.95 | 8,611.97 |
| 194 | Limones | Dora F | 6,370.56 | 6,000.12 | 5,943.49 | 3,962.33 |
| 195 | Lopez | Elisa | 4,849.92 | 4,567.91 | 4,524.79 | 3,016.53 |
| 196 | Lopez | Fatima Y | 5,932.80 | 5,587.82 | 5,535.08 | 3,690.05 |
| 197 | Lopez | Maria R | 6,024.96 | 5,674.62 | 5,621.06 | 3,747.37 |
| 198 | Loris | Jerry | 6,445.44 | 6,070.65 | 6,013.35 | 4,008.90 |
| 199 | Loris | Michael R | 5,040.00 | 4,746.93 | 4,702.13 | 3,134.75 |
| 200 | Loris | Paul | 6,756.48 | 6,363.60 | 6,303.54 | 4,202.36 |
| 201 | Lucio | Rebeca | 6,462.72 | 6,086.92 | 6,029.47 | 4,019.65 |
| 202 | Lugo Jr | Moises | 8,225.28 | 7,747.00 | 7,673.87 | 5,115.91 |
| 203 | Luna | Evelia | 5,339.52 | 5,029.04 | 4,981.57 | 3,321.05 |
| 204 | Luna | Sandra | 8,686.08 | 8,181.00 | 8,103.78 | 5,402.52 |
| 205 | Macedo | Leonarda | 4,308.48 | 4,057.95 | 4,019.65 | 2,679.76 |
| 206 | Macias | Janeth L | 6,042.24 | 5,690.89 | 5,637.18 | 3,758.12 |
| 207 | Madril | Benjamin P | 7,184.12 | 6,766.38 | 6,702.51 | 4,468.34 |
| 208 | Magana | Angelica | 6,462.72 | 6,086.92 | 6,029.47 | 4,019.65 |
| 209 | Magana | Consuelo R | 7,038.72 | 6,629.43 | 6,566.86 | 4,377.90 |
| 210 | Maldonado | Angel | 4,849.92 | 4,567.91 | 4,524.79 | 3,016.53 |
| 211 | Mann | Erik K | 22,326.98 | 21,028.71 | 20,830.22 | 13,886.81 |
| 212 | Manzo | Margarita | 4,849.92 | 4,567.91 | 4,524.79 | 3,016.53 |
| 213 | Maravilla | Margarita | 4,861.44 | 4,578.76 | 4,535.54 | 3,023.69 |
| 214 | Marquez | Juan M | 5,639.04 | 5,311.14 | 5,261.01 | 3,507.34 |
| 215 | Marquez Ramirez | Emma | 4,849.92 | 4,567.91 | 4,524.79 | 3,016.53 |
| 216 | Martinez | Denia | 4,752.00 | 4,475.68 | 4,433.43 | 2,955.62 |
| 217 | Martinez | Guadalupe | 7,718.40 | 7,269.59 | 7,200.97 | 4,800.65 |
| 218 | Martinez | Maria | 4,849.92 | 4,567.91 | 4,524.79 | 3,016.53 |
| 219 | Martinez | Martha | 5,731.20 | 5,397.94 | 5,346.99 | 3,564.66 |
| 220 | Martinez | Veronica | 15,047.28 | 14,172.31 | 14,038.54 | 9,359.02 |

| | Last Name | First Name | Liquidated WARN Claim | Consent Judgment Before D&O Payment | Consent Judgment Wages | Consent Judgment Net of Class Counsel's Fees of One-Third Which Were Previously Approved by the Bankruptcy Court |
|---|---|---|---|---|---|---|
| 221 | Mayfield | Terry | 19,248.84 | 18,129.56 | 17,958.43 | 11,972.29 |
| 222 | Mayo | Mark D | 33,052.18 | 31,130.25 | 30,836.41 | 20,557.61 |
| 223 | McClain | Brenda | 6,163.20 | 5,804.82 | 5,750.03 | 3,833.35 |
| 224 | McDonald | Lynn M | 15,633.36 | 14,724.31 | 14,585.33 | 9,723.55 |
| 225 | McGinnis | Curtis | 5,328.00 | 5,018.19 | 4,970.82 | 3,313.88 |
| 226 | McKissack Jr | Eddie Lee | 9,216.00 | 8,680.11 | 8,598.17 | 5,732.12 |
| 227 | McKnight | Keith J | 15,563.52 | 14,658.53 | 14,520.17 | 9,680.11 |
| 228 | Medina | Carlos | 9,106.56 | 8,577.03 | 8,496.07 | 5,664.05 |
| 229 | Medina De Contreras | Ramona | 4,849.92 | 4,567.91 | 4,524.79 | 3,016.53 |
| 230 | Melecio | Consuelo | 5,103.36 | 4,806.61 | 4,761.24 | 3,174.16 |
| 231 | Mendez | Mauricio | 6,462.72 | 6,086.92 | 6,029.47 | 4,019.65 |
| 232 | Mendez | Rosa D | 6,042.24 | 5,690.89 | 5,637.18 | 3,758.12 |
| 233 | Mesquita | Felicitas | 6,756.48 | 6,363.60 | 6,303.54 | 4,202.36 |
| 234 | Michalak | Dennis J | 14,688.00 | 13,833.92 | 13,703.34 | 9,135.56 |
| 235 | Miller | Candace | 6,664.32 | 6,276.80 | 6,217.56 | 4,145.04 |
| 236 | Millwood | Wanda | 7,297.92 | 6,873.56 | 6,808.68 | 4,539.12 |
| 237 | Miramontes | Liberato | 5,287.68 | 4,980.21 | 4,933.20 | 3,288.80 |
| 238 | Mitic | Miomir | 16,258.18 | 15,312.79 | 15,168.26 | 10,112.17 |
| 239 | Montenegro | Santos | 7,666.56 | 7,220.76 | 7,152.61 | 4,768.40 |
| 240 | Montesino | Jose S | 6,992.64 | 6,586.03 | 6,523.87 | 4,349.24 |
| 241 | Montoya Diaz | Raul | 6,912.00 | 6,510.08 | 6,448.63 | 4,299.09 |
| 242 | Moody | Catherine M | 7,649.28 | 7,204.49 | 7,136.49 | 4,757.66 |
| 243 | Moore | Debra | 8,069.76 | 7,600.52 | 7,528.78 | 5,019.18 |
| 244 | Moreno | Eduardo G | 6,785.28 | 6,390.73 | 6,330.41 | 4,220.27 |
| 245 | Moreno | Maria A | 7,712.64 | 7,264.16 | 7,195.60 | 4,797.07 |
| 246 | Morphew | Brenda J | 6,940.80 | 6,537.21 | 6,475.50 | 4,317.00 |
| 247 | Morrow | Kathy R | 10,938.24 | 10,302.20 | 10,204.96 | 6,803.31 |
| 248 | Muniz | Maria Socorro | 5,495.04 | 5,175.51 | 5,126.66 | 3,417.77 |
| 249 | Munoz | Norma L | 13,858.56 | 13,052.71 | 12,929.51 | 8,619.67 |
| 250 | Murillo | Cruz | 4,752.00 | 4,475.68 | 4,433.43 | 2,955.62 |
| 251 | Nearhood | Douglas W | 27,681.19 | 26,071.58 | 25,825.49 | 17,216.99 |
| 252 | Nevarez | Eva | 16,615.44 | 15,649.28 | 15,501.57 | 10,334.38 |
| 253 | Newson | Alina A | 14,123.02 | 13,301.79 | 13,176.23 | 8,784.16 |
| 254 | Nguyen | Anh | 6,768.00 | 6,374.45 | 6,314.28 | 4,209.52 |
| 255 | Nguyen | Cuong | 7,562.88 | 7,123.11 | 7,055.88 | 4,703.92 |
| 256 | Nguyen | Hai | 5,132.16 | 4,833.73 | 4,788.11 | 3,192.07 |
| 257 | Nguyen | Hong | 7,499.52 | 7,063.44 | 6,996.76 | 4,664.51 |
| 258 | Nguyen | Kiet | 6,768.00 | 6,374.45 | 6,314.28 | 4,209.52 |
| 259 | Nguyen | Kinh | 6,768.00 | 6,374.45 | 6,314.28 | 4,209.52 |
| 260 | Nguyen | Liem | 6,612.48 | 6,227.98 | 6,169.19 | 4,112.79 |
| 261 | Nguyen | Van Thanh | 6,048.00 | 5,696.32 | 5,642.55 | 3,761.70 |
| 262 | Nguyen | Xuyen | 6,168.96 | 5,810.25 | 5,755.40 | 3,836.94 |
| 263 | Niang | Demba | 9,555.84 | 9,000.19 | 8,915.23 | 5,943.49 |
| 264 | Nunez | Florenciana | 5,984.64 | 5,636.64 | 5,583.44 | 3,722.29 |
| 265 | Odom | John K | 6,624.00 | 6,238.83 | 6,179.94 | 4,119.96 |
| 266 | Olson | Jeffrey J | 27,692.35 | 26,082.09 | 25,835.90 | 17,223.94 |
| 267 | Orozco | Eduardo | 6,912.00 | 6,510.08 | 6,448.63 | 4,299.09 |
| 268 | Orozco | Josue M | 5,581.44 | 5,256.89 | 5,207.27 | 3,471.51 |
| 269 | Pace | Vicki | 8,228.09 | 7,749.64 | 7,676.49 | 5,117.66 |
| 270 | Panza | Louis | 15,535.44 | 14,632.08 | 14,493.97 | 9,662.65 |
| 271 | Parris | Tony M | 16,389.94 | 15,436.89 | 15,291.18 | 10,194.12 |
| 272 | Pennington | Guadalupe | 8,352.00 | 7,866.35 | 7,792.10 | 5,194.73 |
| 273 | Pereda | Esperanza | 4,849.92 | 4,567.91 | 4,524.79 | 3,016.53 |
| 274 | Perez | George | 4,849.92 | 4,567.91 | 4,524.79 | 3,016.53 |
| 275 | Perez | Marcelino | 19,667.16 | 18,523.55 | 18,348.71 | 12,232.47 |

| | Last Name | First Name | Liquidated WARN Claim | Consent Judgment Before D&O Payment | Consent Judgment Wages | Consent Judgment Net of Class Counsel's Fees of One-Third Which Were Previously Approved by the Bankruptcy Court |
|---|---|---|---|---|---|---|
| 276 | Perez | Maria L | 5,921.28 | 5,576.97 | 5,524.33 | 3,682.88 |
| 277 | Perez Maravilla | Elia | 4,849.92 | 4,567.91 | 4,524.79 | 3,016.53 |
| 278 | Petitt | Leigh | 13,090.68 | 12,329.48 | 12,213.10 | 8,142.07 |
| 279 | Pham | Thu | 6,768.00 | 6,374.45 | 6,314.28 | 4,209.52 |
| 280 | Phan | Bich | 6,773.76 | 6,379.88 | 6,319.66 | 4,213.11 |
| 281 | Phan | Chinh | 6,168.96 | 5,810.25 | 5,755.40 | 3,836.94 |
| 282 | Phillips | Cherry | 14,172.91 | 13,348.78 | 13,222.78 | 8,815.19 |
| 283 | Phillips | Julia | 7,315.20 | 6,889.83 | 6,824.80 | 4,549.87 |
| 284 | Pitlyk | Gregory | 13,549.25 | 12,761.38 | 12,640.93 | 8,427.29 |
| 285 | Plascencia | Magdalena D | 8,167.68 | 7,692.74 | 7,620.13 | 5,080.09 |
| 286 | Pokragac | Maxwell | 5,760.00 | 5,425.07 | 5,373.86 | 3,582.57 |
| 287 | Pope | Stephanie | 12,835.37 | 12,089.02 | 11,974.91 | 7,983.27 |
| 288 | Portugal | Eduardo | 6,756.48 | 6,363.60 | 6,303.54 | 4,202.36 |
| 289 | Portugal | Martha E | 6,197.76 | 5,837.37 | 5,782.27 | 3,854.85 |
| 290 | Puente | Cesar M | 6,462.72 | 6,086.92 | 6,029.47 | 4,019.65 |
| 291 | Puente | Maria De L | 6,399.36 | 6,027.25 | 5,970.36 | 3,980.24 |
| 292 | Quiroz | Dana E | 6,336.00 | 5,967.57 | 5,911.25 | 3,940.83 |
| 293 | Radgowski | Joseph | 16,870.54 | 15,889.55 | 15,739.56 | 10,493.04 |
| 294 | Rager | Jennifer | 18,000.00 | 16,953.33 | 16,793.31 | 11,195.54 |
| 295 | Rainwater | Michael Sean | 6,693.12 | 6,303.93 | 6,244.42 | 4,162.95 |
| 296 | Rainwater | Michael Steve | 20,719.66 | 19,514.85 | 19,330.64 | 12,887.10 |
| 297 | Ramirez | Josefina P | 5,932.80 | 5,587.82 | 5,535.08 | 3,690.05 |
| 298 | Ramirez | Lourdes M | 15,989.76 | 15,059.98 | 14,917.83 | 9,945.22 |
| 299 | Ramirez | Maria | 5,287.68 | 4,980.21 | 4,933.20 | 3,288.80 |
| 300 | Ramirez | Mireya | 6,768.00 | 6,374.45 | 6,314.28 | 4,209.52 |
| 301 | Ramirez | Monica | 7,050.24 | 6,640.28 | 6,577.60 | 4,385.07 |
| 302 | Ramirez | Rodrigo R | 9,515.52 | 8,962.21 | 8,877.62 | 5,918.41 |
| 303 | Ramirez | Socorro | 5,506.56 | 5,186.36 | 5,137.41 | 3,424.94 |
| 304 | Reece | Alma J | 6,399.36 | 6,027.25 | 5,970.36 | 3,980.24 |
| 305 | Resco | Lisa | 11,843.28 | 11,154.62 | 11,049.33 | 7,366.22 |
| 306 | Reyes | Alma L | 9,705.60 | 9,141.24 | 9,054.95 | 6,036.64 |
| 307 | Reyes | Cynthia | 6,480.00 | 6,103.20 | 6,045.59 | 4,030.39 |
| 308 | Reyes | Rosa | 4,855.68 | 4,573.33 | 4,530.16 | 3,020.11 |
| 309 | Richburg | Michael S | 7,562.88 | 7,123.11 | 7,055.88 | 4,703.92 |
| 310 | Rios | Dora | 5,287.68 | 4,980.21 | 4,933.20 | 3,288.80 |
| 311 | Rivera | Clemencia | 5,328.00 | 5,018.19 | 4,970.82 | 3,313.88 |
| 312 | Rivera | Guadalupe | 8,530.56 | 8,034.52 | 7,958.69 | 5,305.79 |
| 313 | Rivera De Martinez | Clara L | 4,878.72 | 4,595.03 | 4,551.66 | 3,034.44 |
| 314 | Roa | Bertha | 4,752.00 | 4,475.68 | 4,433.43 | 2,955.62 |
| 315 | Roa | Paula V. | 6,336.00 | 5,967.57 | 5,911.25 | 3,940.83 |
| 316 | Robertson | Debra L | 12,042.79 | 11,342.53 | 11,235.46 | 7,490.31 |
| 317 | Robertson | Shelby J | 17,620.56 | 16,595.96 | 16,439.31 | 10,959.54 |
| 318 | Rodriguez | Jesse | 11,520.00 | 10,850.13 | 10,747.72 | 7,165.15 |
| 319 | Rodriguez Serrano | Gabriela | 4,849.92 | 4,567.91 | 4,524.79 | 3,016.53 |
| 320 | Rodriguez-Terrazas | Jose R | 8,674.56 | 8,170.15 | 8,093.03 | 5,395.35 |
| 321 | Romo | Isela | 11,473.92 | 10,806.73 | 10,704.73 | 7,136.49 |
| 322 | Rossiter | Theresa I | 14,544.00 | 13,698.29 | 13,568.99 | 9,046.00 |
| 323 | Rush | Cynthia | 7,986.53 | 7,522.13 | 7,451.12 | 4,967.42 |
| 324 | Rushinko | Kathryn L | 10,800.00 | 10,172.00 | 10,075.99 | 6,717.32 |
| 325 | Russell | Lashondra E | 5,667.84 | 5,338.27 | 5,287.88 | 3,525.25 |
| 326 | Saiz Jr | Richard | 8,127.36 | 7,654.77 | 7,582.52 | 5,055.01 |
| 327 | Salgado | Antonio | 8,928.00 | 8,408.85 | 8,329.48 | 5,552.99 |
| 328 | Salgado | Miguel | 5,760.00 | 5,425.07 | 5,373.86 | 3,582.57 |
| 329 | Salgado | Rodrigo R | 16,951.68 | 15,965.97 | 15,815.27 | 10,543.51 |
| 330 | Sanchez | Elena | 5,040.00 | 4,746.93 | 4,702.13 | 3,134.75 |

| | Last Name | First Name | Liquidated WARN Claim | Consent Judgment Before D&O Payment | Consent Judgment Wages | Consent Judgment Net of Class Counsel's Fees of One-Third Which Were Previously Approved by the Bankruptcy Court |
|---|---|---|---|---|---|---|
| 331 | Sanchez | Martin | 9,653.76 | 9,092.41 | 9,006.59 | 6,004.39 |
| 332 | Sandefur Jr | Ernest | 17,111.52 | 16,116.52 | 15,964.39 | 10,642.93 |
| 333 | Sanders | Terrance | 11,750.40 | 11,067.14 | 10,962.67 | 7,308.45 |
| 334 | Sandoval | Ma del Pilar | 6,912.00 | 6,510.08 | 6,448.63 | 4,299.09 |
| 335 | Sandoval | Patricia | 5,040.00 | 4,746.93 | 4,702.13 | 3,134.75 |
| 336 | Santos | Gloria | 6,589.44 | 6,206.28 | 6,147.69 | 4,098.46 |
| 337 | Sartorius | Rick | 28,976.76 | 27,291.81 | 27,034.21 | 18,022.80 |
| 338 | Sawyer | Lenora M | 14,970.46 | 14,099.95 | 13,966.86 | 9,311.24 |
| 339 | Seaton | Howard | 10,944.00 | 10,307.63 | 10,210.33 | 6,806.89 |
| 340 | Segura | Martina M | 4,700.16 | 4,426.85 | 4,385.07 | 2,923.38 |
| 341 | Sein | Daniel | 4,752.00 | 4,475.68 | 4,433.43 | 2,955.62 |
| 342 | Senne | Wanda | 15,370.92 | 14,477.13 | 14,340.48 | 9,560.32 |
| 343 | Serna | Jesus | 8,225.28 | 7,747.00 | 7,673.87 | 5,115.91 |
| 344 | Serna | Maria | 6,048.00 | 5,696.32 | 5,642.55 | 3,761.70 |
| 345 | Shelton | Randy S | 5,391.36 | 5,077.86 | 5,029.93 | 3,353.29 |
| 346 | Shirley | William | 13,161.60 | 12,396.28 | 12,279.27 | 8,186.18 |
| 347 | Shumate | John F | 12,710.81 | 11,971.70 | 11,858.70 | 7,905.80 |
| 348 | Silva | Eduardo Salvador | 5,760.00 | 5,425.07 | 5,373.86 | 3,582.57 |
| 349 | Silva | Jose G | 6,981.12 | 6,575.18 | 6,513.12 | 4,342.08 |
| 350 | Silva | Maria | 19,384.63 | 18,257.45 | 18,085.12 | 12,056.75 |
| 351 | Sims | Sidney L | 11,105.28 | 10,459.53 | 10,360.80 | 6,907.20 |
| 352 | Soto | Nestor D | 7,862.40 | 7,405.22 | 7,335.32 | 4,890.21 |
| 353 | Spiller | Craig A | 8,789.76 | 8,278.65 | 8,200.51 | 5,467.01 |
| 354 | Stabley | Donald J | 14,123.52 | 13,302.26 | 13,176.70 | 8,784.47 |
| 355 | Stewart | Rocio | 7,274.88 | 6,851.86 | 6,787.18 | 4,524.79 |
| 356 | Storey | Mark | 18,676.80 | 17,590.78 | 17,424.74 | 11,616.49 |
| 357 | Strozier | Valerie | 6,583.68 | 6,200.85 | 6,142.32 | 4,094.88 |
| 358 | Sumner | Wallace | 9,222.34 | 8,686.07 | 8,604.09 | 5,736.06 |
| 359 | Sutton | Melissa K | 11,630.74 | 10,954.43 | 10,851.03 | 7,234.02 |
| 360 | Temponi | Manuel | 4,752.00 | 4,475.68 | 4,433.43 | 2,955.62 |
| 361 | Tenango Dominguez | Daniel | 10,368.00 | 9,765.12 | 9,672.95 | 6,448.63 |
| 362 | Thompson | Thomas | 13,482.94 | 12,698.93 | 12,579.06 | 8,386.04 |
| 363 | Thuy | Vu Thanh | 5,472.00 | 5,153.81 | 5,105.17 | 3,403.44 |
| 364 | Tieu | Liem Thanh | 5,189.76 | 4,887.99 | 4,841.85 | 3,227.90 |
| 365 | Torres | Elizabeth | 6,779.52 | 6,385.30 | 6,325.03 | 4,216.69 |
| 366 | Torres | Jennifer | 6,048.00 | 5,696.32 | 5,642.55 | 3,761.70 |
| 367 | Torres | Norma | 5,875.20 | 5,533.57 | 5,481.34 | 3,654.22 |
| 368 | Torres Zargoza | Jorge M | 5,581.44 | 5,256.89 | 5,207.27 | 3,471.51 |
| 369 | Tovias | Jose | 7,079.04 | 6,667.41 | 6,604.47 | 4,402.98 |
| 370 | Tran | Bich Nhu | 5,662.08 | 5,332.84 | 5,282.50 | 3,521.67 |
| 371 | Tran | Cat | 6,416.64 | 6,043.52 | 5,986.48 | 3,990.99 |
| 372 | Tran | Hai | 7,724.16 | 7,275.01 | 7,206.35 | 4,804.23 |
| 373 | Tran | Hanh | 6,768.00 | 6,374.45 | 6,314.28 | 4,209.52 |
| 374 | Tran | Hien Quoc | 14,371.20 | 13,535.54 | 13,407.78 | 8,938.52 |
| 375 | Tran | Huong Thi | 6,048.00 | 5,696.32 | 5,642.55 | 3,761.70 |
| 376 | Tran | Nga | 5,132.16 | 4,833.73 | 4,788.11 | 3,192.07 |
| 377 | Tran | Truong Van | 5,783.04 | 5,446.77 | 5,395.35 | 3,596.90 |
| 378 | Trapf | Edward | 25,367.04 | 23,891.99 | 23,666.48 | 15,777.65 |
| 379 | Traylor | Carl R | 7,637.76 | 7,193.64 | 7,125.74 | 4,750.49 |
| 380 | Trejo | Guadalupe | 5,040.00 | 4,746.93 | 4,702.13 | 3,134.75 |
| 381 | Trevino | Crystal D | 6,462.72 | 6,086.92 | 6,029.47 | 4,019.65 |
| 382 | Tucker | Annette | 5,184.00 | 4,882.56 | 4,836.47 | 3,224.32 |
| 383 | Uvina | Ludivina | 6,462.72 | 6,086.92 | 6,029.47 | 4,019.65 |
| 384 | Valdez | Antonia | 4,849.92 | 4,567.91 | 4,524.79 | 3,016.53 |
| 385 | Valdez | Eliza | 11,082.24 | 10,437.83 | 10,339.31 | 6,892.87 |

| | Last Name | First Name | Liquidated WARN Claim | Consent Judgment Before D&O Payment | Consent Judgment Wages | Consent Judgment Net of Class Counsel's Fees of One-Third Which Were Previously Approved by the Bankruptcy Court |
|---|---|---|---|---|---|---|
| 386 | Vega | Jaime M | 7,184.12 | 6,766.38 | 6,702.51 | 4,468.34 |
| 387 | Vega | Maria L | 6,549.12 | 6,168.30 | 6,110.08 | 4,073.39 |
| 388 | Vega | Olga | 9,106.56 | 8,577.03 | 8,496.07 | 5,664.05 |
| 389 | Villalba | Monica | 5,760.00 | 5,425.07 | 5,373.86 | 3,582.57 |
| 390 | Villanueva | Elsa | 8,743.68 | 8,235.25 | 8,157.52 | 5,438.35 |
| 391 | Vu | Huong | 6,359.04 | 5,989.27 | 5,932.74 | 3,955.16 |
| 392 | Walczak | Robert | 12,021.12 | 11,322.11 | 11,215.24 | 7,476.83 |
| 393 | Walker | Evonne | 5,875.20 | 5,533.57 | 5,481.34 | 3,654.22 |
| 394 | Weaver | Delbert | 12,096.00 | 11,392.64 | 11,285.10 | 7,523.40 |
| 395 | Welch | David W | 14,152.46 | 13,329.52 | 13,203.71 | 8,802.47 |
| 396 | West | Tracy | 6,814.08 | 6,417.85 | 6,357.28 | 4,238.18 |
| 397 | White | Angela | 5,472.00 | 5,153.81 | 5,105.17 | 3,403.44 |
| 398 | White | Darius | 7,200.00 | 6,781.33 | 6,717.32 | 4,478.22 |
| 399 | Williams | Joy A | 14,292.36 | 13,461.29 | 13,334.22 | 8,889.48 |
| 400 | Williams | Paula | 6,462.72 | 6,086.92 | 6,029.47 | 4,019.65 |
| 401 | Williams | Robert J | 16,947.72 | 15,962.24 | 15,811.57 | 10,541.05 |
| 402 | Williams | Ward | 35,205.55 | 33,158.41 | 32,845.43 | 21,896.95 |
| 403 | Wilson | Don W | 8,519.04 | 8,023.67 | 7,947.94 | 5,298.63 |
| 404 | Wilson | Russell | 6,140.16 | 5,783.12 | 5,728.53 | 3,819.02 |
| 405 | Wolak | Amy R | 19,629.65 | 18,488.22 | 18,313.71 | 12,209.14 |
| 406 | Xochitla | Maria | 5,673.60 | 5,343.69 | 5,293.25 | 3,528.83 |
| 407 | Y | Pluih | 5,794.56 | 5,457.62 | 5,406.10 | 3,604.07 |
| 408 | Zamora | Maria Dolores | 5,040.00 | 4,746.93 | 4,702.13 | 3,134.75 |
| 409 | Zamora | Roberto | 5,040.00 | 4,746.93 | 4,702.13 | 3,134.75 |
| 410 | Zavala | Eucebio | 6,462.72 | 6,086.92 | 6,029.47 | 4,019.65 |
| 411 | Zavala | Reynalda | 6,462.72 | 6,086.92 | 6,029.47 | 4,019.65 |
| | | | 4,199,850.79 | 3,955,637.22 | 3,918,299.83 | 2,612,199.89 |

| | |
|---|---|
| Consent Judgment Wages | 3,955,637.22 |
| Class Counsel's Costs | 12,662.61 |
| O&D Payment towards Costs | 12,662.61 |
| O&D Payment towards Claims | 37,337.39 |
| Consent Judgment | 3,918,299.83 |
| Consent Judgment Net of Class Counsel's Fees of One-Third Which Were Previously Approved by the Bankruptcy Court | 2,612,199.89 |